**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                        **CASE NO.: 3:01cr83/LAC**
                                               **3:05cv130/LAC/MD**

**KARL BETTERTON**
_____

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 15, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation,  the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 308) is summarily DISMISSED as untimely.

DONE AND ORDERED this 27th day of April, 2005.


s/L.A. Collier
_____
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**